## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LA MIRAGE HOMEOWNERS ASSOCIATION INC. | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| | § | CASE NO.  2:19-cv-00138 |
| v. | §<br>§ | |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY | §<br>§<br>§ | |
| | § | |
| Defendants. | §<br>§ | |
| | § | |

## NOTICE OF SETTLEMENT

Notice is hereby given that subject to obtaining FEMA's concurrence, the above-captioned action has been settled.  Unless otherwise ordered by the Court, a Joint Stipulation of Dismissal With Prejudice will be filed within thirty (30) days of the date of this Notice.

Dated:  February 11, 2020

Respectfully submitted,

/s/ William J. Chriss
William J. Chriss
Attorney-In-Charge
State Bar No. 04222100
wjchrisspc@gmail.com
THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
Telephone: 361-888-7676
Facsimile: 361-884-8545
*Counsel for Plaintiff*

/s/ *Alexander S. de Witt*
Alexander S. de Witt, Esq.
Virginia State Bar No. 42708
Federal Bar No. 3087027
FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, VA 23219
Telephone: (804) 644-1300
Facsimile: (804) 644-1354
E-mail: adewitt@freeborn.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2020, a true copy of the foregoing NOTICE OF SETTLEMENT has been served upon all counsel of record contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using this Court's CM/ECF system.

*/s/ William J. Chriss*
William J. Chriss
Attorney-In-Charge
State Bar No. 04222100
wjchrisspc@gmail.com
THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
Telephone: 361-888-7676
Facsimile: 361-884-8545
*Counsel for Plaintiff*

2