# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| LA MIRAGE HOMEOWNERS ASSOCIATION INC., § § § | |
| Plaintiff, § § | CASE NO. 2:19-cv-00138 |
| v. § § | |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, § § § | |
| Defendant. § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, La Mirage Homeowners Association Inc., by counsel, and Defendant, Wright National Flood Insurance Company, by counsel, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action with prejudice, with each party to bear their / its own costs and fees. A proposed agreed order is filed herewith.

Dated: March 24, 2020

                                                          Respectfully submitted,

By:    /s/ *Alexander S. de Witt*
          Alexander S. de Witt
          Virginia State Bar No. 42708
          Federal Bar No. 3087027
          FREEBORN & PETERS LLP
          901 East Byrd Street, Suite 950
          Richmond, VA 23219
          Telephone: (804) 799-7790
          Facsimile: (804) 644-1354
          Email: adewitt@freeborn.com
          *Counsel for Defendant*

/s/ William J. Chriss
William J. Chriss
Attorney-In-Charge
State Bar No. 04222100
wjchrisspc@gmail.com
THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
Telephone: 361-888-7676
Facsimile: 361-884-8545
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2020, a true copy of the foregoing Joint Stipulation of Dismissal has been served upon all counsel of record contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using this Court's CM/ECF system.

/s/ *Alexander S. de Witt*
Alexander S. de Witt