United States District Court
Southern District of Texas
**ENTERED**
March 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LA MIRAGE HOMEOWNERS ASSOCIATION INC., | § § § § | |
| Plaintiff, | § § | CASE NO. 2:19-cv-00138 |
| v. | § § | |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal with Prejudice, the Court is of the opinion that the Stipulation should be **GRANTED**.

It is therefore ordered that this action be, and the same hereby is, **DISMISSED with prejudice**, with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

SIGNED at Corpus Christi, Texas, this 24th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE